COPY

SEALED
BY ORDER OF THE COURT

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

LAWRENCE L. TONG
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 22 2002

at __ o'clock and __ min. __ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR02-00210 HG |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | Bank Fraud |
| | ) | [18 U.S.C. § 1344] |
| ANNALIZA M. ANTONIO (01), | ) | Money Laundering |
| AMALIA L. MALACAS    (02), | ) | [18 U.S.C. § 1956] |
| | ) | False Statement in Bankruptcy |
| | ) | Proceeding |
| Defendants. | ) | [18 U.S.C. § 152] |
| | ) | |

INDICTMENT

COUNTS 1-18

The Grand Jury charges:

1.  Beginning in or about November 1998, and continuing through in or about August 2000, in the District of Hawaii, ANNALIZA M. ANTONIO, defendant herein, did knowingly execute, and attempt to execute, a scheme and artifice to defraud the Hawaii State Federal Credit Union (HSFCU), a financial institution whose

deposits are insured through the National Credit Union Administration (NCUA), and to obtain money, funds and credits owned by and under the custody and control of said HSFCU by means of materially false and fraudulent pretenses and representations, and the omission of material facts, all as more fully set forth below.

      2. ANNALIZA M. ANTONIO was employed as a loan officer for the HSFCU, where she was responsible for setting up HSFCU accounts and handling loan paperwork. ANTONIO used her position to obtain loans and lines of credit from the HSFCU in the names of her family members, without their knowledge or consent. ANTONIO had family members sign initial documents, such as loan applications and credit agreements, and then used the documents to set up HSFCU accounts. Once the accounts were established, ANTONIO caused HSFCU to issue checks against those accounts by falsely claiming that her family members sought loans or advances. ANTONIO thereby made it appear as if the loans and advances were authorized by the family members, when in fact they were initiated without the knowledge or approval of such persons. ANTONIO also obtained the proceeds of these loans, which she diverted to her own uses. In order to conceal these activities from the HSFCU, ANTONIO had the checks issued in the names of persons other than herself. In order to conceal her activities,

ANTONIO also had account statements for her family members sent to a Mililani address which ANTONIO controlled.

3. On or about the dates set forth below, in the District of Hawaii and elsewhere, ANNALIZA M. ANTONIO did knowingly execute, and attempt to execute, the aforesaid scheme and artifice to defraud HSFCU by causing HSFCU to issue the following checks, with each such check constituting a separate count of this indictment:

| COUNT | DATE | AMOUNT | ACCT. HOLDER | PAYEE |
| --- | --- | --- | --- | --- |
| 1 | 11/25/98 | $5,000 | Arsenia M. | OEEFCU |
| 2 | 12/17/98 | $5,000 | Rosemarie T. | OEEFCU |
| 3 | 12/17/98 | $5,000 | Rosemarie T. | OEEFCU |
| 4 | 1/22/99 | $9,000 | Villamor M. | OEEFCU |
| 5 | 1/22/99 | $10,000 | Rosemarie T. | Oahu Educational Employees FCU |
| 6 | 1/22/99 | $5,000 | Rosemarie T. | Oahu Educational Employees FCU |
| 7 | 3/18/99 | $900 | Arsenia M. | Danilo S. |
| 8 | 4/19/99 | $4,000 | Agnes P.A. | Piano Outlet |
| 9 | 6/8/99 | $3,000 | Agnes P.A. | Laoag-Manila Express |
| 10 | 6/8/99 | $2,815 | Agnes P.A. | Laoag-Manila Express |
| 11 | 2/23/00 | $5,200 | Lani M. | GE Capital |
| 12 | 3/15/00 | $3,695 | Richard R. | Danilo S. |
| 13 | 3/22/00 | $5,800 | Richard R. | GE Capital |
| 14 | 4/24/00 | $6,000 | Concepcion A. | GE Capital |

| COUNT | DATE | AMOUNT | ACCT. HOLDER | PAYEE |
|---|---|---|---|---|
| 15 | 5/16/00 | $6,000 | Rosemarie T. | Danilo S. |
| 16 | 6/13/00 | $4,000 | Lani M. | GE Capital |
| 17 | 6/13/00 | $3,000 | Lani M. | GE Capital |
| 18 | 7/21/00 | $3,000 | Rosemarie T. | Hawaii USA FCU |

All in violation of Title 18, United States Code, Section 1344.

## COUNTS 19-45

The Grand Jury further charges:

4. Paragraphs 1-3 of this Indictment are realleged and incorporated herein by reference.

5. On or about the dates set forth below, in the District of Hawaii and elsewhere, ANNALIZA M. ANTONIO and AMALIA L. MALACAS, as an aider and abettor, did knowingly execute, and attempt to execute, the aforesaid scheme and artifice to defraud HSFCU by causing HSFCU to issue, and negotiating, the following checks, with each such check constituting a separate count of this indictment:

| COUNT | DATE | AMOUNT | ACCT. HOLDER | PAYEE |
|---|---|---|---|---|
| 19 | 2/18/99 | $10,000 | Villamor M. | Amalia Malacas |
| 20 | 3/18/99 | $7,000 | Arsenia M. | Amalia Malacas |
| 21 | 3/25/99 | $5,788 | Agnes P.A. | Amalia Malacas |
| 22 | 4/23/99 | $6,000 | Agnes P.A. | Amalia Malacas |
| 23 | 4/29/99 | $10,000 | Concepcion A. | Amalia Malacas |

| COUNT | DATE | AMOUNT | ACCT. HOLDER | PAYEE |
|---|---|---|---|---|
| 24 | 5/26/99 | $11,500 | Benjamin A. | Amalia Malacas |
| 25 | 6/8/99 | $6,185 | Concepcion A. | Amalia Malacas |
| 26 | 6/14/99 | $2,500 | Arsenia M. | Amalia Malacas |
| 27 | 7/21/99 | $3,000 | Benjamin A. | Amalia Malacas |
| 28 | 8/16/99 | $15,000 | Lani M. | Lani or Amalia Malacas |
| 29 | 8/23/99 | $6,100 | Benjamin A. | Amalia Malacas |
| 30 | 8/23/99 | $4,000 | Benjamin A. | Amalia Malacas |
| 31 | 10/14/99 | $2,500 | Rudolfo T. | Amalia Malacas |
| 32 | 10/14/99 | $2,500 | Rudolfo T. | Amalia Malacas |
| 33 | 10/26/99 | $6,500 | Lani M. | Amalia Malacas |
| 34 | 11/8/99 | $8,523 | Richard R. | Amalia Malacas |
| 35 | 11/26/99 | $5,000 | Imelda M. | Amalia Malacas |
| 36 | 12/14/99 | $4,500 | Rudolfo T. | Amalia Malacas |
| 37 | 12/14/99 | $4,500 | Rudolfo T. | Amalia Malacas |
| 38 | 12/28/99 | $5,000 | Agnes P.A. | Amalia Malacas |
| 39 | 2/23/00 | $1,300 | Lani M. | Amalia Malacas |
| 40 | 3/7/00 | $2,500 | Concepcion A. | Amalia Malacas |
| 41 | 3/15/00 | $3,700 | Richard R. | Amalia Malacas |
| 42 | 3/31/00 | $1,500 | Richard R. | Amalia Malacas |
| 43 | 4/6/00 | $2,500 | Richard R. | Amalia Malacas |
| 44 | 4/13/00 | $5,500 | Lani M. | Amalia Malacas |
| 45 | 6/13/00 | $3,000 | Lani M. | Amalia Malacas |

All in violation of Title 18, United States Code, Section 1344.

## COUNTS 46-57

The Grand Jury further charges:

On or about the dates stated, in the District of Hawaii, ANNALIZA M. ANTONIO did knowingly and willfully conduct, and attempt to conduct, financial transactions affecting interstate and foreign commerce, namely, the deposit of checks drawn on Amalia Malacas's checking account, which monetary instruments involved the proceeds of a specified unlawful activity, that is, the bank fraud scheme alleged in counts 19-45 of this indictment, with said ANNALIZA M. ANTONIO knowing that the transactions were designed in whole and in part to conceal and disguise the nature, source, ownership and control of the proceeds of said specified unlawful activity, and knowing that the property involved in such transactions, namely, monetary instruments in the following amounts, represented the proceeds of some form of unlawful activity, with the deposit of each such monetary instrument constituting a separate count of this indictment:

| COUNT | DATE | ITEM DEPOSITED |
|---|---|---|
| 46 | 4/27/99 | Check #1101 for $6,000 from Amalia Malacas to Annaliza Antonio |
| 47 | 5/1/99 | Check #1104 for $9,950 from Amalia Malacas to Annaliza Antonio |

| COUNT | DATE | ITEM DEPOSITED |
|---|---|---|
| 48 | 6/2/99 | Check #1118 for $11,500 from Amalia Malacas to Annaliza Antonio |
| 49 | 7/24/99 | Check #1137 for $2,800 from Amalia Malacas to cash |
| 50 | 8/24/99 | Check #1147 for $6,000 from Amalia Malacas to Annaliza Antonio |
| 51 | 8/31/99 | Check #1149 for $3,800 from Amalia Malacas to cash |
| 52 | 10/27/99 | Check #1154 for $8,600 from Amalia Malacas to Annaliza Antonio |
| 53 | 11/17/99 | Check #1168 for $1,800 from Amalia Malacas to Annaliza Antonio |
| 54 | 11/30/99 | Check #1179 for $4,900 from Amalia Malacas to Annaliza Antonio |
| 55 | 12/21/99 | Check #1184 for $3,000 from Amalia Malacas to Annaliza Antonio |
| 56 | 1/8/00 | Check #1188 for $4,000 from Amalia Malacas to Annaliza Antonio |
| 57 | 3/8/00 | Check #1214 for $1,600 from Amalia Malacas to cash |

All in violation of Title 18, United States Code, Section 1956(a)(1)(B).

### COUNT 58

The Grand Jury further charges:

On or about May 8, 2001, in the District of Hawaii, during a meeting of creditors, AMALIA L. MALACAS, did knowingly and fraudulently made a false statement under penalty of perjury in relation to the case of In re Amalia L. Malacas, Debtor, Case

No. 01-00808, a proceeding in the United States Bankruptcy Court for the District of Hawaii under Title 11 of the United States Bankruptcy Code, when she falsely stated that certain checks drawn on the Hawaii State Federal Credit Union represented loans from her relatives, when in fact, and as she then well knew, they were checks given to her by Annaliza Antonio for deposit into her account.

In violation of Title 18, United States Code, section 152.

DATED: May 22, 2002, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
LAWRENCE L. TONG
Assistant U.S. Attorney

United States v. Annaliza Antonio, et al.
Cr. No. _____
"Indictment"