ORIGINAL SEALED
BY ORDER OF THE COURT

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
—————————— District of Hawaii ——————————

661347

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|

V.

Case Number: CR 02-00210 HG 01

ANNALIZA M. ANTONIO

(Name and Address of Defendant)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 09 2007

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

   YOU ARE HEREBY COMMANDED TO ARREST ANNALIZA M. ANTONIO and bring him or her forthwith
to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition ; charging him or her
with (brief description of offense)

Order to Show Cause Why Supervision Should Not Be Revoked.

U.S. MARSHALS SERVICE
HONOLULU, HI.
2007 FEB -7 AM 9: 25
RECEIVED

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |

| Signature of Issuing Officer/Deputy Clerk | February 7, 2007 at Honolulu, Hawaii |
|---|---|
| | Date and Location |

Bail Fixed at NO BAIL          By: Helen Gillmor, Chief United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ _____ . | | |
| Date Received 2/7/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest 2/8/07 | Arthur Ch / DUSM | |