# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

February 15, 2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00210HG-001 |
| CASE NAME: | UNITED STATES OF AMERICA v. (01) ANNALIZA M. ANTONIO |
| ATTYS FOR PLA: | Lawrence L. Tong, AUSA |
| ATTYS FOR DEFT: | Shanlyn A.S. Park, AFPD |
| U.S.P.O.: | Sydney L. Fleming |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | February 15, 2007 | TIME: | 3:00 - 3:10 |

COURT ACTION:  ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED -

The defendant is present in custody.

Per AFPD Shanlyn A.S. Park's request, the hearing on the Order to Show Cause Why Supervised Release Should Not Be Revoked as to Defendant (01) Annaliza Malacas Antonio is continued to March 8, 2007 at 11:00 a.m.

The defendant is remanded to the custody of the USMS.

Submitted by: Mary Rose Feria, Courtroom Manager